UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Joe ROSALES

Petitioner,

v.

Warden J. Petrucci

Respondent(s).

**20 CV 2136**

PETITION FOR A
WRIT OF *HABEAS
CORPUS* UNDER
28 U.S.C. § 2241

_____ Civ. _____ ( )

RECEIVED
SDNY PRO SE OFFICE
2020 MAR -9  AM 10:50

YOU MUST COMPLETE THIS ENTIRE FORM

1. Parties in this Petition:

   a. You are the Petitioner. List your name and address. If you are currently in custody, include your identification number and the name and address of your current place of confinement.

   Petitioner's Name: Joe ROSALES
   Prisoner ID#: 56669177
   Alien #: N/A
   Current Institution: FCI Otisville, NY
   Address: PO Box 1000
   Otisville NY 10963-1000

   b. List all Respondents by name, position, and place of employment. Make sure that the respondent(s) listed below are identical to those contained in the above caption. Attach additional pages of paper if necessary.

   Respondent No. 1
   Name: J. Petrucci — Warden
   Where Currently Employed: FCI Otisville
   Address: PO Box 600
   Otisville NY 10963-0600

Respondent No. 2
Name: _____
Where Currently Employed: _____
Address: _____

Respondent No. 3
Name: _____
Where Currently Employed: _____
Address: _____

Respondent No. 4
Name: _____
Where Currently Employed: _____
Address: _____

2. This petition concerns (check one):

   a. ☐ a conviction and/or a sentence
   b. ☐ calculation of sentence
   c. ☐ parole
   d. ☐ prison disciplinary proceeding
   e. ☐ detainer
   f. ☒ other (explain) "Extra" Good Time under "First Step Act"

3. Provide the following information regarding the conviction(s) and sentence(s) for which you are currently incarcerated.

   a. Name(s) and location(s) of court: USDC - N.D. TX
   b. Case Number(s): 4:18-CR-00055-A (01)
   c. Charge(s) of which you were convicted: 21 USC 846 - Drug Conspiracy
      21 USC 841 - Drug possess
   d. What was your plea?
      (1) Not guilty ☐
      (2) Guilty ☒
      (3) Nolo contendere ☐
   e. Did you appeal from the judgment of conviction?   Yes ☒   No ☐

4. If you did appeal, answer the following:

   a. Name of court: USCA - 5TH    Case #: 18-11302
   b. Result: Denied - 4 Sept 2019

2 of 5

a.  Ground One: In violation of the law - and due process - the BOP has misclassified me (under "PATTERN" Risk & Needs Assessment) as having a "Medium" risk of recidivism wrongfully eliminating my "EXTRA" time credits under 18 USC § 3632(d)(4)(A)(ii)

Supporting FACTS: The BOP has formally refused to provide an "itemized" copy of my "PATTERN" SCORE so I can challenge the mistakes which caused me to be a "Medium." This makes me ineligible for the extra time credits I have already earned - due to my programming - and makes me ineligible for future credits too. Also it makes me ineligible for credit for "Productive Activities" I have already done and will do in the future. I am also now relegated to inferior, less safe prison placement - under §3632(b) - than I would be eligible for with my correct - lower - PATTERN score.

Exhaustion:

(1) Have you presented Ground One to the Bureau of Prisons either through the prison grievance system or other administrative proceeding?
Yes ☒   No ☐

If yes, please provide the results of the proceeding(s) and the relevant date(s), including any appeals; if no, please explain why not: I was told any appeal would be futile - what they are doing is unchangeable, official BOP Policy. Staff has not timely responded to informal resolution efforts, making any grievance untimely and impossible to file. Staff said they would "look into" my concerns - leaving me with nothing further to grieve.

b.  Ground Two: In violation of the law - and due process - the BOP is not providing me with the 18 USC § 3632(d) incentives for BOTH Evidence Based Programming AND Productive Activities - as defined by §3635(3) that I have taken and continue to take that qualify me for these incentives, including time credits under §3632(d)(4)(A).

Supporting FACTS: I have completed - and continue to participate in - many qualifying programs, yet I have received NONE of the incentives contained in the law. The BOP also has created their own list of qualifying programs/activities which does NOT include all of those provided under the law - and which I have completed, am participating in now, or am contemplating participating in.

Exhaustion:

(1) Have you presented Ground Two to the Bureau of Prisons either through the prison grievance system or other administrative proceeding?
Yes ☒   No ☐

If yes, please provide the results of the proceeding(s) and the relevant date(s), including any appeals; if no, please explain why not: (see ground one)

c. Ground Three: In violation of my due process rights, and BOP Policy - Program Statement 5100.08 [Inmate Classification] - the BOP has wrongly calculated my security points - making me ineligible for a lower security prison transfer - including those under §3632(d)(2)

Supporting FACTS: Several items, including my Criminal History score, were miscalculated. The BOP was aware of the facts underlying this misscoring but did not correct the scoring or following their own rules/policies. Because of this I cannot get to a better, lower security, safer, prison closer to my Abilene, Texas home, which offers more FSA-eligible programs/activities. The BOP is also not considering me for a §3632(d)(2) transfer despite my past- and current- participation in qualifying §3635(3) programs and activities.

Exhaustion:

(1) Have you presented Ground Three to the Bureau of Prisons either through the prison grievance system or other administrative proceeding?
Yes ☒   No ☐

If yes, please provide the results of the proceeding(s) and the relevant date(s), including any appeals; if no, please explain why not: (see Ground One)

d. Ground Four: _____

Supporting FACTS: _____

Exhaustion:

(1) Have you presented Ground Four to the Bureau of Prisons either through the prison grievance system or other administrative proceeding?
Yes ☐     No ☐

If yes, please provide the results of the proceeding(s) and the relevant date(s), including any appeals; if no, please explain why not: _____

_____

_____

_____

10. Based on the grounds raised above, what are you asking the Court to do? Order BOP to allow me to review my itemized "PATTERN" score and correct the errors; provide retroactive time credits; provide retroactive (and/or) compensatory incentives for all programs valid under the laws; correct my security level; consider me for a transfer; and all other available relief

## DECLARATION

I declare under the penalty of perjury that I have read the above and the information contained in this petition is true and correct.

2 March 2020
(Date)

_____
Signature of Petitioner

## IF MAILED BY PRISONER:

I declare under the penalty of perjury that this Petition was (check one):

☒ delivered to prison officials for mailing or ☐ deposited in the prison's internal mail system on

2 March 2020
(Date)

_____
Signature of Petitioner

5 of 5

JS-44C/SDNY
REV. 5/2010

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

**PLAINTIFFS**

Joe ROSALES

ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

(pro se)

**DEFENDANTS**

J. PETRUCCI

ATTORNEYS (IF KNOWN)

US Attorney – S.D. NY

CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)
(DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

28 USC § 2241

Has this or a similar case been previously filed in SDNY at any time? No? [X]  Yes? [ ]   Judge Previously Assigned _____

If yes, was this case  Vol. [ ]  Invol. [ ]  Dismissed. No [ ]  Yes [ ]   If yes, give date _____ & Case No. _____

(PLACE AN [x] IN ONE BOX ONLY)                              NATURE OF SUIT

                                                                                    ACTIONS UNDER STATUTES

**TORTS**

**CONTRACT**

[ ] 110 INSURANCE
[ ] 120 MARINE
[ ] 130 MILLER ACT
[ ] 140 NEGOTIABLE INSTRUMENT
[ ] 150 RECOVERY OF OVERPAYMENT & ENFORCEMENT OF JUDGMENT
[ ] 151 MEDICARE ACT
[ ] 152 RECOVERY OF DEFAULTED STUDENT LOANS (EXCL VETERANS)
[ ] 153 RECOVERY OF OVERPAYMENT OF VETERAN'S BENEFITS
[ ] 160 STOCKHOLDERS SUITS
[ ] 190 OTHER CONTRACT
[ ] 195 CONTRACT PRODUCT LIABILITY
[ ] 196 FRANCHISE

**PERSONAL INJURY**

[ ] 310 AIRPLANE
[ ] 315 AIRPLANE PRODUCT LIABILITY
[ ] 320 ASSAULT, LIBEL & SLANDER
[ ] 330 FEDERAL EMPLOYERS' LIABILITY
[ ] 340 MARINE
[ ] 345 MARINE PRODUCT LIABILITY
[ ] 350 MOTOR VEHICLE
[ ] 355 MOTOR VEHICLE PRODUCT LIABILITY
[ ] 360 OTHER PERSONAL INJURY

**PERSONAL INJURY**

[ ] 362 PERSONAL INJURY - MED MALPRACTICE
[ ] 365 PERSONAL INJURY PRODUCT LIABILITY
[ ] 368 ASBESTOS PERSONAL INJURY PRODUCT LIABILITY

**PERSONAL PROPERTY**

[ ] 370 OTHER FRAUD
[ ] 371 TRUTH IN LENDING
[ ] 380 OTHER PERSONAL PROPERTY DAMAGE
[ ] 385 PROPERTY DAMAGE PRODUCT LIABILITY

**ACTIONS UNDER STATUTES**

**REAL PROPERTY**

[ ] 210 LAND CONDEMNATION
[ ] 220 FORECLOSURE
[ ] 230 RENT LEASE & EJECTMENT
[ ] 240 TORTS TO LAND
[ ] 245 TORT PRODUCT LIABILITY
[ ] 290 ALL OTHER REAL PROPERTY

**CIVIL RIGHTS**

[ ] 441 VOTING
[ ] 442 EMPLOYMENT
[ ] 443 HOUSING/ ACCOMMODATIONS
[ ] 444 WELFARE
[ ] 445 AMERICANS WITH DISABILITIES - EMPLOYMENT
[ ] 446 AMERICANS WITH DISABILITIES -OTHER
[ ] 440 OTHER CIVIL RIGHTS

**PRISONER PETITIONS**

[ ] 510 MOTIONS TO VACATE SENTENCE 20 USC 2255
[X] 530 HABEAS CORPUS
[ ] 535 DEATH PENALTY
[ ] 540 MANDAMUS & OTHER
[ ] 550 CIVIL RIGHTS
[ ] 555 PRISON CONDITION

**FORFEITURE/PENALTY**

[ ] 610 AGRICULTURE
[ ] 620 OTHER FOOD & DRUG
[ ] 625 DRUG RELATED SEIZURE OF PROPERTY 21 USC 881
[ ] 630 LIQUOR LAWS
[ ] 640 RR & TRUCK
[ ] 650 AIRLINE REGS
[ ] 660 OCCUPATIONAL SAFETY/HEALTH
[ ] 690 OTHER

**LABOR**

[ ] 710 FAIR LABOR STANDARDS ACT
[ ] 720 LABOR/MGMT RELATIONS
[ ] 730 LABOR/MGMT REPORTING & DISCLOSURE ACT
[ ] 740 RAILWAY LABOR ACT
[ ] 790 OTHER LABOR LITIGATION
[ ] 791 EMPL RET INC SECURITY ACT

**IMMIGRATION**

[ ] 462 NATURALIZATION APPLICATION
[ ] 463 HABEAS CORPUS- ALIEN DETAINEE
[ ] 465 OTHER IMMIGRATION ACTIONS

**BANKRUPTCY**

[ ] 422 APPEAL 28 USC 158
[ ] 423 WITHDRAWAL 28 USC 157

**PROPERTY RIGHTS**

[ ] 820 COPYRIGHTS
[ ] 830 PATENT
[ ] 840 TRADEMARK

**SOCIAL SECURITY**

[ ] 861 HIA (1395ff)
[ ] 862 BLACK LUNG (923)
[ ] 863 DIWC/DIWW (405(g))
[ ] 864 SSID TITLE XVI
[ ] 865 RSI (405(g))

**FEDERAL TAX SUITS**

[ ] 870 TAXES (U.S. Plaintiff or Defendant)
[ ] 871 IRS-THIRD PARTY 26 USC 7609

**OTHER STATUTES**

[ ] 400 STATE REAPPORTIONMENT
[ ] 410 ANTITRUST
[ ] 430 BANKS & BANKING
[ ] 450 COMMERCE
[ ] 460 DEPORTATION
[ ] 470 RACKETEER INFLU- ENCED & CORRUPT ORGANIZATION ACT (RICO)
[ ] 480 CONSUMER CREDIT
[ ] 490 CABLE/SATELLITE TV
[ ] 810 SELECTIVE SERVICE
[ ] 850 SECURITIES/ COMMODITIES/ EXCHANGE
[ ] 875 CUSTOMER CHALLENGE 12 USC 3410
[ ] 890 OTHER STATUTORY ACTIONS
[ ] 891 AGRICULTURAL ACTS
[ ] 892 ECONOMIC STABILIZATION ACT
[ ] 893 ENVIRONMENTAL MATTERS
[ ] 894 ENERGY ALLOCATION ACT
[ ] 895 FREEDOM OF INFORMATION ACT
[ ] 900 APPEAL OF FEE DETERMINATION UNDER EQUAL ACCESS TO JUSTICE
[ ] 950 CONSTITUTIONALITY OF STATE STATUTES

Check if demanded in complaint

[ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $_____ OTHER _____

Check YES only if demanded in complaint
JURY DEMAND: [ ] YES [ ] NO

DO YOU CLAIM THIS CASE IS RELATED TO A CIVIL CASE NOW PENDING IN S.D.N.Y.?
IF SO, STATE:

JUDGE _____ DOCKET NUMBER _____

NOTE: Please submit at the time of filing an explanation of why cases are deemed related.

(PLACE AN x IN ONE BOX ONLY)   ORIGIN

- [x] 1 Original Proceeding
- [ ] 2a. Removed from State Court
- [ ] 2b. Removed from State Court AND at least one party is pro se.
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from (Specify District)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judge Judgment

(PLACE AN x IN ONE BOX ONLY)   BASIS OF JURISDICTION   IF DIVERSITY, INDICATE CITIZENSHIP BELOW. (28 USC 1322, 1441)

- [ ] 1 U.S. PLAINTIFF
- [x] 2 U.S. DEFENDANT
- [ ] 3 FEDERAL QUESTION (U.S. NOT A PARTY)
- [ ] 4 DIVERSITY

CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)
(Place an [X] in one box for Plaintiff and one box for Defendant)   N/A

| | PTF | DEF | | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | [X] | [ ]1 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | [ ]3 | [ ]3 | INCORPORATED and PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE | [ ]5 | [ ]5 |
| CITIZEN OF ANOTHER STATE | [ ]2 | [ ]2 | INCORPORATED or PRINCIPAL PLACE OF BUSINESS IN THIS STATE | [ ]4 | [ ]4 | FOREIGN NATION | [ ]6 | [ ]6 |

PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)

#56669177 (FCI Otisville)
PO Box 1000
Otisville NY 10963-1000

(County of Orange)

DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)

FCI Otisville - Warden's Office
PO Box 600
Otisville NY 10963-0600

(County of Orange)

DEFENDANT(S) ADDRESS UNKNOWN
REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:

N/A

Check one: THIS ACTION SHOULD BE ASSIGNED TO:   [ ] WHITE PLAINS   [ ] MANHATTAN
(DO NOT check either box if this a PRISONER PETITION.)

DATE: 2 March 2020
SIGNATURE OF ATTORNEY OF RECORD _____ (pro se)
RECEIPT #

ADMITTED TO PRACTICE IN THIS DISTRICT
[X] NO
[ ] YES (DATE ADMITTED Mo. _____ Yr. _____)
Attorney Bar Code #

Magistrate Judge is to be designated by the Clerk of the Court.

Magistrate Judge _____ is so Designated.

Ruby J. Krajick, Clerk of Court by _____ Deputy Clerk, DATED _____

UNITED STATES DISTRICT COURT (NEW YORK SOUTHERN)

Please send me my Case # and I will send a US Treasury check for $5 from my account.

Thanks

es #56669177
rrectional Institution
Y 10963-1000

2020 MAR -9 AM 10:01

UNITED STATES DISTRICT COURT
PRO SE OFFICE — Room 230
500 PEARL Street
NY NY
10007

MAIL

10007-131699